# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-3456

_____

United States of America,      *
         *
     Plaintiff-Appellee,      *
         *    Appeal from the United States
     v.      *    District Court for the
         *    Eastern District of Arkansas.
Sedrick L. Rauls,      *
         *       [UNPUBLISHED]
     Defendant-Appellant.      *

_____

Submitted: April 19, 2002

Filed: May 2, 2002

_____

Before BOWMAN, LAY, and RILEY, Circuit Judges.

_____

PER CURIAM.

Sedrick Rauls appeals from his conviction for distributing cocaine in violation of 21 U.S.C. § 841(a)(1). As the sole issue on appeal, Rauls asserts the district court erred by admitting evidence concerning $67,000 seized from a car driven by Rauls seven weeks prior to his arrest on the immediate charges. The bulk of the cash had been found in a heavily taped shoe box, in six bundles wrapped in dryer sheets and placed inside plastic baggies. A narcotics sniffing dog twice alerted to the money. The cash was administratively forfeited as drug proceeds.

The district court ruled the evidence was relevant to Rauls' course of conduct and, thus, was independently relevant apart from Federal Rule of Evidence 404(b).

We have reviewed the record and find the district court committed no error of law.

The district court is AFFIRMED.  <u>See</u> 8th Cir. R. 47B.

A true copy.

 Attest:

  CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.